AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\* DISTRICT OF NEVADA

DENNIS K. SUDBERRY,

    Petitioner,

v.

ISIDRO BACA, et al.,

    Respondent(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:17-cv-00021-LRH-WGC**

\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for failure to comply with the court's order.
    **IT IS FURTHER ORDERED** that a certificate of appealability is DENIED.

September 12, 2017                                                                 **DEBRA K. KEMPI**
                                                                                      Clerk

                                                                                      /s/ K. Rusin
                                                                                      Deputy Clerk